**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEOFFREY HITCHCOCK,<br><br>*Plaintiff*,<br><br>v.<br><br>RED CAT HOLDINGS, INC. and DOES 1-10,<br><br>*Defendants*. | CIVIL ACTION NO.: 1:26-cv-7073<br><br>**DEFENDANT RED CAT HOLDINGS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendant Red Cat Holdings, Inc.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant Red Cat Holdings, Inc. ("Red Cat"), by and through the undersigned counsel, states that Red Cat is the parent corporation of the following wholly owned subsidiaries: Teal Drones, Inc.; Flightwave Aerospace Systems Corporation; and Blue Ops, Inc., and that there are no other publicly held corporations owning 10% or more of Red Cat's stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Pursuant to Rule 7.1(a)(2), Red Cat states that it is a citizen of Nevada and Utah.

Date: August 19, 2026

*/s/ Scott T. Earl*
Signature of Attorney

Scott T. Earl
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 653-8700
searl@sheppard.com

NADIA D. ADAMS
12275 El Camino Real, Suite 100
San Diego, CA 92130
Tel. (858) 876-3530
nadams@sheppard.com

4005690 / 4964540
Attorney Bar Codes

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).